IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

APRIL J. HOMESLY,

      Plaintiffs,

  v.

                 Case No. 13-cv-259

DR. DEMETRA SIFAKIS,

      Defendant.

## NOTICE OF REMOVAL

  PLEASE TAKE NOTICE that this case has been removed to the United States District Court for the Western District of Wisconsin from the Circuit Court of Dane County, in the State of Wisconsin.

  The United States of America ("United States"), on behalf of Defendant, Dr. Demetra Sifakis, pursuant to 42 U.S.C. § 233(c), states the grounds for removal as follows:

  1. A civil action was commenced in the Circuit Court of Dane County, in the State of Wisconsin, in which Plaintiff, April J. Homesly, alleges a personal injury claim against Defendant, Dr. Demetra Sifakis.  Said action has been designated by Case No. 13-SC-1295 (the "Civil Action").

  2. In accordance with 42 U.S.C. 233(c) and 28 C.F.R. § 15.4, the United States Attorney for the Western District of Wisconsin has certified, based on information

currently available to him, that Defendant, Dr. Demetra Sifakis, was acting within the scope of her employment as an employee of the Public Health Service at the time of the incident out of which the claims asserted in the Civil Action arose (the "Certification").

3. Pursuant to 42 U.S.C. § 233(c) and the Certification submitted with this Notice of Removal, the Civil Action "shall be removed without bond . . . to the district court of the United States of the district and division embracing the place wherein it is pending."

4. A copy of all process, pleadings, and orders delivered to the United States is submitted with this Notice of Removal.

5. A copy of this notice will be mailed to all adverse parties and filed with the clerk of the State court pursuant to 28 U.S.C. § 1446(d).

Dated this 18th day of April, 2013.

Respectfully submitted,

JOHN W. VAUDREUIL
United States Attorney

By:

*s/Antonio M. Trillo*
ANTONIO M. TRILLO
Assistant United States Attorney
660 West Washington Ave, Suite 303
Madison, Wisconsin  53703
(608) 264-5158
Fax (608)264-5724
TTY (608) 264-5006
antonio.trillo@usdoj.gov

2