IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

APRIL J. HOMESLY,

          Plaintiff,

v.                                                                   Case No. 13-cv-259

DR. DEMETRA SIFAKIS,

          Defendant.

## ORDER

IT IS HEREBY ORDERED pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(2) that the United States is substituted as the defendant in this action for claims alleged against Dr. Demetra Sifakis.

IT IS FURTHER ORDERED that the caption shall be amended to reflect the United States as the defendant for claims alleged against Dr. Demetra Sifakis, and Dr. Demetra Sifakis shall be removed from the caption.

Dated this 10th day of May, 2013.

                                                                  Barbara B. Crabb
                                              UNITED STATES DISTRICT JUDGE