IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

APRIL J. HOMESLY,

                Plaintiff,                              ORDER

    v.

                                                                13-cv-259-bbc

UNITED STATES OF AMERICA,

                Defendant.

---

      Plaintiff April Homesly proceeds *pro se* in this civil suit for money damages that was originally filed in the Circuit Court for Dane County, Wisconsin. The case was removed to this court April 18, 2013. On April 25, 2013 defendant filed an answer and a pretrial conference is set for May 21, 2013. On April 30, 2013, defendant filed a motion for summary judgment for plaintiff's failure to exhaust her administrative remedies, specifically by failing to file an administrative tort claim - a condition precedent to filing a Federal Tort Claims Act case. *See* dkt. 6. Because the court has not yet held a preliminary pretrial conference, plaintiff has not received a copy of this court's procedures for filing or opposing motions like these. For this reason, I will delay the briefing of defendant's motion until after I have held the pretrial conference in this case.

      Accordingly, IT IS ORDERED that defendant's motion for summary judgment, dkt. 6, is STAYED pending a telephonic pretrial conference.

      Entered this 10nd day of May, 2013.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge