IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

APRIL J. HOMESLY,

    Plaintiff,                                              JUDGMENT IN A CIVIL CASE

v.                                                                              13-cv-259-bbc

UNITED STATES,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting its motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to file an administrative claim before filing suit.

| /s/ | 7/24/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |